UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS, 750 First Street, NE Washington, DC 20002<br><br>Plaintiff,<br><br>v.<br><br>JOHN KING, JR., in his official capacity as Secretary of the Department of Education, 400 Maryland Avenue, SW Washington, DC 20202<br><br>and<br><br>UNITED STATES DEPARTMENT OF EDUCATION, 400 Maryland Avenue, SW Washington, DC 20202<br><br>Defendants. | Civil Action No. _____ |

## PLAINTIFF ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Accrediting Council for Independent Colleges and Schools ("ACICS"), by and through its counsel, Venable LLP, hereby states that there is no publicly owned corporation owning 10% or more of ACICS's stock, and there are no publicly owned corporations not a party to the proceeding that have a financial interest in the outcome of the proceeding.

Respectfully submitted,

Dated: December 15, 2016					By: _____
							Allyson B. Baker (# 478073)
							Andrew T. Hernacki (# 1024442)
							Venable LLP
							575 7th Street, NW
							Washington, DC 20004
							202-344-4073 Telephone
							202-344-8300 Facsimile
							abbaker@venable.com

							*Counsel for Accrediting Council for*
							*Independent Colleges and Schools*