**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ACCRELEDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHN KING, JR., in his official capacity as Secretary of the Department of Education,**<br><br>**and**<br><br>**UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Civil Action No. 16-2448 |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of the following as counsel for Plaintiff Accrediting Council for Independent Colleges and Schools in the above-captioned case.

>Andrew T. Hernacki (#1024442)
>VENABLE LLP
>575 7th Street, NW
>Washington, DC 20004
>202-344-4264 Telephone
>202-344-8300 Facsimile
>ATHernacki@venable.com

December 15, 2016              Respectfully submitted,

                               /s/ Andrew T. Hernacki_____
                               Andrew T. Hernacki (#1024442)

VENABLE LLP
575 7th Street, NW
Washington, DC 20004
202-344-4264 Telephone
202-344-8300 Facsimile
ATHernacki@venable.com

*Counsel for Accrediting Council for Independent Colleges and Schools*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2016, a copy of the foregoing will be served via-hand delivery contemporaneously with the complaint and summons to the following:

> JOHN KING, Jr., in his official capacity as Secretary of the Department of Education
> C/O General Counsel James Cole, Jr.
> 400 Maryland Avenue, SW
> Washington, DC 20202
>
> ATTORNEY GENERAL OF THE UNITED STATES
> LORETTA E. LYNCH
> Department of Justice Room B103950
> Pennsylvania Avenue, N.W.,
> Washington, D.C. 20530
>
> UNITED STATES ATTORNEY FOR THE
> DISTRICT OF COLUMBIA
> CHANNING D. PHILLIPS
> C/O Civil Process Clerk
> 555 4th Street, N.W.,
> Washington, DC 20530
>
> /s/ Andrew T. Hernacki
> Andrew T. Hernacki