# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACCREDITING COUNSEL FOR INDEPENDENT COLLEGES AND SCHOOLS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN KING, JR., in his official capacity as Secretary of the U.S. Department of Education, *et al.*<br><br>    Defendants. | Civil Action No. 16-2448 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, attorney Stephen J. Buckingham of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as counsel of record for the defendants in the above-captioned case. Included below is Mr. Buckingham's Certificate of Familiarity as required by Local Civil Rule 83.2.

Dated: December 16, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

SHEILA M. LEIBER
Deputy Director

*/s/ Stephen J. Buckingham*
STEPHEN J. BUCKINGHAM
Special Counsel (Maryland Bar)
U.S. Department of Justice, Civil Division

Federal Programs Branch
Tel: (202) 514-3330
Fax: (202) 616-8470
Email: Stephen.Buckingham@usdoj.gov

<u>Mailing Address:</u>
P.O. Box 883 Ben Franklin Station
Washington, DC 20044

<u>Courier Address:</u>
Federal Programs Branch, Rm. 7204
950 Pennsylvania Ave. NW
Washington, DC 20530

*Attorneys for Defendants*

## CERTIFICATE OF FAMILIARITY

I practice in this Court pursuant to Local Civil Rule 83.2(e), and I HEREBY CERTIFY, pursuant to Local Civil Rule 83.2(j), that I am familiar with the Local Rules of this Court and the other materials set out in Local Civil Rules 83.8(b)(6) and 83.9(a).

Dated: December 16, 2016      /s/ Stephen J. Buckingham
                              STEPHEN J. BUCKINGHAM