# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS,<br>　　　　Plaintiff,<br>　　v.<br><br>BETSY DEVOS, in her official capacity as Secretary of the Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　Defendants. | Civil Action No. 16-2448 (RBW) |

## ORDER

For the reasons set forth in the Court's oral ruling at the evidentiary hearing held on February 21, 2017, it is hereby

**ORDERED** that, the plaintiff having failed to make a showing of substantial likelihood of success on the merits and the risk of irreparable harm, and the Court having concluded that the balance of equities and public interest factors weigh in favor of denying injunctive relief, the plaintiff's motion for a preliminary injunction is **DENIED**. It is further

**ORDERED** that the parties shall file a joint proposed briefing schedule governing dispositive motions in this case on or before March 3, 2017.

**SO ORDERED** this 22nd day of February, 2017.

　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　United States District Judge