**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS,<br>               Plaintiff,<br>   v.<br><br>BETSY DEVOS, in her official capacity as Secretary of the Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>               Defendants. | Civil Action No. 16-2448 (RBW) |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's February 22, 2017 Order, Plaintiff and Defendants (collectively the "Parties") hereby submit the following joint proposed briefing schedule for summary judgment briefing in the above-captioned matter. Under the schedule proposed by the Parties and set forth below, briefing would be complete by the beginning of June.

Plaintiff requests oral argument, which Plaintiff proposes could be held in mid- to late-June or at the Court's earliest convenience thereafter. Defendants take the position that oral argument is not necessary unless the Court determines it would be helpful.

The Parties jointly propose that the most efficient way to conduct summary judgment briefing would be staggered cross-motions resulting in four briefs as described in the chart on the following page:

| **Brief** | **Due Date** | **Page Limit** |
|---|---|---|
| ACICS's Opening Brief | March 31, 2017 | 45 pages (excluding separate Statement of Facts) |
| Defendants' Opening Brief/Brief in Opposition | April 28, 2017 | 45 pages (excluding separate Statement of Facts / Response to ACICS's Statement of Facts) |
| ACICS's Brief in Opposition / Reply in Support of Motion | May 12, 2017 | 25 pages (excluding Response to Defendants' Statement of Facts) |
| Defendants' Reply in Support of Motion | May 26, 2017 | 25 pages |
| Joint Appendix (see below) | June 2, 2017 | N/A |

Pursuant to LCvR 7(n), the Parties are required to jointly file an "appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in any memorandum." The Parties propose to submit this Joint Appendix for the Court's convenience while retaining the consecutive pagination of the previously-submitted Administrative Record.[1] ECF Nos. 18, 23, & 35.[2]

## LCvR 7(m) Certification

Counsel for Plaintiff and counsel for Defendants have conferred in good faith and jointly submit this proposed briefing schedule.

---

[1] To the extent either party relies on portions of the Administrative Record previously submitted under seal, the Parties propose excluding those pages from the Joint Appendix and instead using citations to the ECF entries and corresponding "AR" bates numbers previously submitted to the Court.

[2] The Administrative Record may be further supplemented based on ongoing discussions between the Parties.

Date: March 3, 2017                                      Respectfully submitted,

/s/ *Stephen J. Buckingham*_____                     /s/ *Allyson Baker*_____
STEPHEN J. BUCKINGHAM                                    Allyson Baker (D.C. Bar # 478073)
Special Counsel (Maryland Bar)                           Andrew T. Hernacki (D.C. Bar # 1024442)
LISA ZEIDNER MARCUS                                      Meredith L. Boylan (D.C. Bar # 978088)
(N.Y. Bar Registration NO. 4461679)                      Hillary S. Profita (admitted *pro hac vice*)
U.S. Department of Justice, Civil Division               VENABLE LLP
Federal Programs Branch                                  600 Massachusetts Ave., NW
Tel:   (202) 514-3330 (Buckingham)                       Washington, DC 20001
       (202) 514-3336 (Marcus)                           Tel:  (202) 344-4000
Fax:   (202) 616-8470                                    Fax: (202) 344-8300
Email: Stephen.Buckingham@usdoj.gov                      abaker@venable.com
       Lisa.Marcus@usdoj.gov                             athernacki@venable.com
P.O. Box 883 Ben Franklin Station                        mlboylan@venable.com
Washington, DC 20044                                     hsprofita@venable.com

*Attorneys for Defendants*                               *Counsel for Accrediting Council for*
                                                         *Independent Colleges and Schools*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March 2017, I caused the foregoing to be served via the Court's electronic filing system upon all counsel of record.

/s/ *Allyson Baker*
Allyson Baker