# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS,<br>　　　　Plaintiff,<br>　v.<br>BETSY DEVOS, in her official capacity as Secretary of the Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br>　　　　Defendants. | Civil Action No. 16-2448 (RBW) |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Vacate Order to File Joint Appendix, it is hereby

ORDERED, that the Parties' motion is GRANTED; it is further

ORDERED, that the Parties are not required to file a joint appendix.

SO ORDERED.

Date: _____, 2017　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge Reggie B. Walton