# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS,<br><br>    Plaintiff,<br><br>v.<br><br>BETSY DEVOS, in her official capacity as Secretary of the U.S. Department of Education, *et al.*<br><br>    Defendants. | Civil Action No. 16-2448 (RBW) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please take notice that, pursuant to Local Civil Rule 83.6(b), attorney Stephen J. Buckingham of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby withdraws his appearance as counsel of record for the defendants in the above-captioned case.

Dated: September 29, 2017　　　　　　　　Respectfully submitted,

                                                          CHAD A. READLER
                                                          Acting Assistant Attorney General

                                                          JOEL L. McELVAIN
                                                          Assistant Director

                                                          */s/ Stephen J. Buckingham*
                                                          STEPHEN J. BUCKINGHAM
                                                          Special Counsel (Maryland Bar)
                                                          LISA ZEIDNER MARCUS
                                                          Senior Counsel
                                                          (N.Y. Bar Registration No. 4461679)
                                                          U.S. Department of Justice, Civil Division

Federal Programs Branch
Tel: (202) 514-3330
Fax: (202) 616-8470
Email: Stephen.Buckingham@usdoj.gov

<u>Mailing Address:</u>
P.O. Box 883 Ben Franklin Station
Washington, DC 20044

<u>Courier Address:</u>
Federal Programs Branch, Rm. 7204
950 Pennsylvania Ave. NW
Washington, DC 20530

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I certify that on September 29, 2017, I caused a copy of this Withdrawal of Appearance to be filed electronically and that this document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                  */s/ Stephen J. Buckingham*
                                                  STEPHEN J. BUCKINGHAM