# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS**,<br>                Plaintiff,<br>        v.<br><br>**BETSY DEVOS**, in her official capacity as Secretary of the Department of Education, and the **UNITED STATES DEPARTMENT OF EDUCATION**,<br>                Defendants,<br>        and<br><br>**COMMONWEALTH OF MASSACHUSETTS, STATE OF ILLINOIS, STATE OF MAINE, STATE OF NEW YORK, DISTRICT OF COLUMBIA**, and **THE ATTORNEY GENERAL OF MARYLAND**,<br>                State-Intervenors. | Civil Action No. 16-2448 (RBW) |

## NOTICE OF STATE-INTERVENORS' INTENT WITH REGARD TO PENDING SUMMARY JUDGMENT MOTIONS

As this litigation has proceeded past the answer stage, and summary judgment motions have been fully briefed and are ripe for disposition, in an effort not to delay the adjudication of these motions, the Commonwealth of Massachusetts, the States of Illinois, Maine, and New York, the Attorney General of Maryland, and the District of Columbia, by and through its Attorney General, hereby inform the Court that they do not intend to seek leave to file any additional pleadings with respect to the pending summary judgment motions. State-Intervenors conferred with counsel for Plaintiff and counsel for Defendants prior to filing this Notice.

SUBMITTED this 16th day of October, 2017.

                FOR THE COMMONWEALTH OF
                MASSACHUSETTS

                MAURA HEALEY
                ATTORNEY GENERAL

By:  */s/ Yael Shavit*
      Robert E. Toone (D.C. Bar No. 457693)
      Yael Shavit
      Max Weinstein
      Assistant Attorneys General
      Office of the Massachusetts Attorney General
      One Ashburton Place
      Boston, MA  02108
      (617) 963-2178 (Toone)
      (617) 963-2197 (Shavit)
      (617) 963-2499 (Weinstein)
      Robert.Toone@state.ma.us
      Yael.Shavit@state.ma.us
      Max.Weinstein@state.ma.us

      FOR THE STATE OF ILLINOIS
      LISA MADIGAN
      ILLINOIS ATTORNEY GENERAL
      Joseph Sanders
      Assistant Attorney General
      Illinois Attorney General's Office
      100 W. Randolph St., 12th Fl.
      Chicago, IL 60601
      (312) 814-6796
      jsanders@atg.state.il.us

      FOR THE STATE OF MAINE
      JANET T. MILLS
      MAINE ATTORNEY GENERAL
      Linda Conti
      Assistant Attorney General
      6 State House Station
      Augusta, ME 04333
      (207) 626-8591
      Linda.Conti@maine.gov

      BRIAN E. FROSH

ATTORNEY GENERAL OF MARYLAND
Christopher J. Madaio
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
(410) 576-6585
Cmadaio@oag.state.md.us

FOR THE STATE OF NEW YORK
ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL OF NEW YORK
Jane M. Azia
Chief, Bureau of Consumer Frauds and Protection
120 Broadway, 3rd floor
New York, NY 10271
Tel.: (212) 416-8727
Jane.azia@ag.ny.gov

FOR THE DISTRICT OF COLUMBIA
KARL A. RACINE
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
Philip Ziperman
Office of Consumer Protection
441 4th Street, N.W., 6th Floor
Washington, DC 20001
(202) 442-9886
Philip.Ziperman@DC.gov

**CERTIFICATE OF SERVICE**

  I certify that on October 16, 2017, I caused a copy of this Notice to be filed electronically and that this document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                  */s/Yael Shavit*

                  YAEL SHAVIT